able as of right *(see, Matter of Cheryl A. B. v Michael Anthony D.,* 197 AD2d 851). Present—Pine, J. P., Balio, Lawton, Fallon and Doerr, JJ.

IRENE K. MENTEL, Appellant, v ALLAN S. MENTEL, Respondent. (Appeal No. 1.) [616 NYS2d 315] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Suffolk County, Friedenberg, J.—Temporary Support.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.

IRENE K. MENTEL, Appellant, v ALLAN S. MENTEL, Respondent. (Appeal No. 2.) [616 NYS2d 316] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Plaintiff contends that Supreme Court erred in denying her cross motion for an award of counsel fees. Because of the significant disparity in the incomes of the parties, we conclude that the court abused its discretion in denying plaintiff's cross motion *(see, Ahern v Ahern,* 94 AD2d 53). Consequently, we modify the order appealed from to grant plaintiff's cross motion and to provide that plaintiff is awarded counsel fees in the amount of $1,500.

We have reviewed plaintiff's remaining contentions and conclude that they are without merit. (Appeal from Order of Supreme Court, Suffolk County, Friedenberg, J.—Reargument.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.

THELMA RYAN, Respondent, v IRVING F. CHANIN et al., Appellants. [616 NYS2d 283] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendants' renewed motion for summary judgment. There are questions of fact whether plaintiff remained under the continuous treatment or care of defendants within the 2½ years preceding the commencement of the action *(see,* CPLR 214-a; *McDermott v Torre,* 56 NY2d 399; *DiFilippi v Huntington Hosp.,* 203 AD2d 321; *Stilloe v Contini,* 190 AD2d 419; *Ward v Kaufman,* 120 AD2d 929). (Appeal from Order of Supreme Court, Nassau County, Winick, J.—Renewal.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

THOMAS MIANO et al., Plaintiffs, v EVERITT J. HEHN et al., Defendants. THOMAS HEHN, Third-Party Plaintiff-Appel-